1  Mitchell F. Boomer (State Bar No. 121441)
   Joshua A. Kuns (State Bar No. 272206)
2  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
3  San Francisco, CA 94111
   Telephone: (415) 394-9400
4  Facsimile:  (415) 394-9401
   Email: boomerm@jacksonlewis.com
5         joshau.kuns@jacksonlewis.com

6  Attorneys for Defendant
   SHARECARE, INC.
7
                                                    DATED:   5/15/2014

**GRANTED**
*Judge Maria-Elena James*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD BARKER, and Individual | Case No. 14-CV-00762-MEJ |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| vs. | |
| SHARECARE, INC., a Delaware Corporation, and DOES 1-20, | |
| Defendant. | State Complaint Filed: 12/26/13<br>Removed To Federal:  02/19/14<br>Trial Date: None |

900200.00001/95188789v.1

1 |     Plaintiff Chad Barker and Defendant Sharecare, Inc., hereby stipulate that the complaint be
2 | dismissed in its entirety with prejudice; each party to bear its own costs and fees.

4 | DATED: April 16, 2014      MARGOLIS & TISMAN LLP

By: _____
ROBERT M. LIEBER
Attorneys for Plaintiff
CHAD BARKER

9 | DATED: May 15, 2014      JACKSON LEWIS

By: _____
MITCHELL F. BOOMER
JOSHUA A. KUNS
Attorneys for Defendant
SHARECARE, INC.

---

1

**STIPULATION FOR DISMISSAL**